**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**David SILVERMAN,
Defendant-Appellant.**

**No. 83–1314.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Sept. 12, 1984.

Decided Aug. 8, 1986.

Brian L. Sullivan, Asst. U.S. Atty., Reno, Nev., for plaintiff-appellee.

Bruce M. Kaufman, Sherman Oaks, Cal., for defendant-appellant.

---

* The Honorable Robert A. Grant, Senior United States District Judge for the Northern District of Indiana, sitting by designation.

Before WALLACE, ALARCON and NELSON, Circuit Judges.

The petition for a rehearing is granted. The opinion filed September 16, 1985, 771 F.2d 1193 (9th Cir.), is withdrawn.

WALLACE, J., would deny the petition for a rehearing.